PER CURIAM.
Affirmed. § 90.803(23), Fla.Stat. (1990); Glendening v. State, 536 So.2d 212 (Fla.1988), cert. denied, 492 U.S. 907, 109 S.Ct. 3219, 106 L.Ed.2d 569 (1989); Duest v. State, 462 So.2d 446 (Fla.1985); Delap v. State, 440 So.2d 1242 (Fla.1983), cert. denied, 467 U.S. 1264, 104 S.Ct. 3559, 82 L.Ed.2d 860 (1984); Farmer v. City of Ft. Lauderdale, 427 So.2d 187 (Fla.), cert. denied, 464 U.S. 816, 104 S.Ct. 74, 78 L.Ed.2d 86 (1983); Ferguson v. State, 417 So.2d 639 (Fla.1982); State v. Cumbie, 380 So.2d 1031 (Fla.1980); State v. Pardo, 582 So.2d 1225 (Fla. 3d DCA 1991); Davis v. State, 569 So.2d 1317 (Fla. 1st DCA 1990); Gonzalez v. State, 511 So.2d 703 (Fla. 3d DCA 1987); Marshall v. State, 439 So.2d 973 (Fla. 3d DCA 1983).